

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AB:RAS

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 19, 2020

By E-mail

The Honorable Steven M. Gold
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:   In Re Application of the United States of America for a search of any computer, mobile phone No. 829-508-5868, and any electronic devices in the custody or control of Johny Valdez
            Docket No. 15-MM-00864-01

Dear Judge Gold:

      The government respectfully moves for an order unsealing the above-captioned matter in its entirety.

      Respectfully submitted,

      RICHARD P. DONOGHUE
      United States Attorney

By:    /s/
      Rachel A. Shanies
      Assistant U.S. Attorney
      (718) 254-6140

Enclosure

cc:   Clerk of Court (by Email)

AB:RAS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - X

IN RE APPLICATION OF THE
UNITED STATES OF AMERICA
FOR THE SEARCH OF ANY
COMPUTER, MOBILE PHONE NO.
829-508-5868, AND ANY
ELECTRONIC DEVICES IN THE
CUSTODY OR CONTROL OF
JOHNY VALDEZ

P R O P O S E D   O R D E R

15-MM-00864-01 (PK)

- - - - - - - - - - - - - - - - - - - - - - - - - X

Upon the application of RICHARD P. DONOGHUE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Rachel A. Shanies, for an order unsealing the above-captioned matter in its entirety.

WHEREFORE, it is ordered that the above-captioned matter in its entirety be unsealed.

Dated: Brooklyn, New York
       05-20-2020, 2020

_____
HONORABLE STEVEN M. GOLD
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK